[No. 15658-0-II.   Division Two.   December 4, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER
CUTTING, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific
County, No. 91-8-00097-6, Joel M. Penoyar, J., entered

January 10, 1992. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Seinfeld, J.